**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **ALL CASES in EXHIBIT A** |

**ORDER**

By 5:00 p.m., Monday, April 8, 2013, please provide me (by filing on CM-ECF) with the

FDA's correspondence with Barr, from 2000, that you mentioned in your Amended Complaint.

By the same deadline, Plaintiffs, who have not already done so in their amended

complaints, must file an addendum specifically setting out which Defendant's drug was ingested

when, *e.g.* Plaintiff ingested drug A, manufactured by Defendant B, from March 1999-August

2002; Plaintiff ingested drug C, manufactured by Defendant D, from June 1989-March 2000.

IT IS SO ORDERED this 1st day of April, 2013.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

1

**EXHIBIT A**

4:05-cv-00146-BRW  Lee v. Wyeth, et al
4:05-cv-01366-BRW  Cain v. Pharmacia a Upjohn Company LLC et al
4:06-cv-00079-BRW  Hinkle v. Wyeth et al
4:08-cv-03833-BRW  Humphreys v. Wyeth, et al
4:10-cv-00656-BRW  Wilson v. Wyeth LLC et al

4:10-cv-00923-BRW  Meranto v. Wyeth LLC et al
4:10-cv-01034-BRW  Howard v. Wyeth LLC et al
4:10-cv-00370-BRW  Steele et al v. Wyeth et al
4:10-cv-00605-BRW  Sargent v. Wyeth LLC et al
4:08-cv-03723-BRW  Cornell v. Wyeth, et al

4:10-cv-00611-BRW  Sundall v. Wyeth LLC et al
4:10-cv-00681-BRW  Garcia v. Wyeth LLC et al
4:10-cv-00813-BRW  Swanson v. Wyeth LLC et al
4:11-cv-00110-BRW  Johnson v. Wyeth LLC et al
4:05-cv-01245-BRW  Nikolchev et al v. Wyeth Pharmaceuticals Inc et al

4:06-cv-00294-BRW  Ridgeway et al v. Wyeth et al
4:10-cv-01212-BRW  Denney v. Wyeth LLC et al
4:05-cv-00614-BRW  Campbell v. Wyeth, et al
4:10-cv-00505-BRW  Walton v. Wyeth LLC et al
4:11-cv-00787-BRW  Riegle et al v. Wyeth LLC et al

4:05-cv-00206-BRW  Posey et al v. Wyeth et al
4:08-cv-00864-BRW  Barnes v. Wyeth et al
4:10-cv-01267-BRW  Owens et al v. Wyeth LLC et al
4:10-cv-00478-BRW  Evosevich et al v. Wyeth LLC et al
4:10-cv-00609-BRW  Walther v. Wyeth LLC et al

4:10-cv-01040-BRW  Crane v. Wyeth LLC et al
4:09-cv-00741-BRW  Frambs v. Wyeth et al
4:06-cv-01455-BRW  Neubarth v. Wyeth et al
4:07-cv-00558-BRW  Dale v. Wyeth et al
4:06-cv-01120-BRW  White-Brown v. Wyeth et al

4:06-cv-00800-BRW  Thomas v. Wyeth et al
4:05-cv-01573-BRW  Beaver v. Wyeth et al
4:05-cv-00910-BRW  Wilkerson v. Wyeth Inc, et al
4:06-cv-01650-BRW  Chambers v. Wyeth et al
4:06-cv-01339-BRW  Kinser v. Wyeth et al

4:04-cv-00717-BRW  Lund v. Wyeth, et al
4:10-cv-01061-BRW  Struckmann v. Wyeth LLC et al
4:06-cv-01502-BRW  Rosenbloom et al v. Wyeth et al
4:08-cv-02388-BRW  McCarthy v. Wyeth Pharmaceuticals Inc et al
4:08-cv-03207-BRW  McLain v. Wyeth et al

4:06-cv-01048-BRW  Goodman v. Wyeth et al
4:07-cv-00478-BRW  Harding v. Wyeth et al
4:10-cv-00350-BRW  Banks v. Wyeth LLC et al
4:05-cv-01793-BRW  Keener v. Pfizer Inc et al
4:08-cv-00402-BRW  Kielty v. Wyeth et al

4:06-cv-01127-BRW  Wojcik v. Wyeth et al
4:05-cv-00558-BRW  Aenoro, et al v. Wyeth, et al
4:06-cv-01564-BRW  Sayers v. Wyeth et al
4:08-cv-01999-BRW  Weaver v. Wyeth et al
4:10-cv-00988-BRW  Anglin v. Wyeth LLC et al

4:08-cv-03699-BRW  Hennin v. Wyeth Inc et al
4:04-cv-01223-BRW  Alexander et al v. Wyeth LLC et al
4:06-cv-01345-BRW  Clement et al v. Wyeth et al
4:06-cv-00938-BRW  Wright v. Wyeth et al
4:06-cv-01617-BRW  Koch v. Wyeth et al

4:05-cv-00253-BRW  Palomo, et al v. Wyeth, et al
4:04-cv-00723-BRW  Gallegos v. Wyeth
4:08-cv-02413-BRW  Cook v. Wyeth et al
4:05-cv-01246-BRW  Anderson et al v. Wyeth Pharmaceuticals Inc et al
4:06-cv-01679-BRW  Rittenberry v. Wyeth et al

4:08-cv-03121-BRW  Reed v. Pfizer Inc et al
4:04-cv-01294-BRW  Cheltra v. Wyeth, et al
4:10-cv-01029-BRW  Beylen v. Wyeth LLC et al
4:10-cv-01030-BRW  Contreras v. Wyeth LLC et al
4:06-cv-01438-BRW  Zimmerman v. Wyeth et al

4:08-cv-03178-BRW  Johann v. Wyeth et al
4:09-cv-00103-BRW  Huff v. Barr Laboratories Inc et al
4:08-cv-02313-BRW  Weaver v. Wyeth et al
4:11-cv-00098-BRW  Grobstein v. Wyeth LLC et al
4:06-cv-01398-BRW  Puzzuole v. Wyeth et al

4:11-cv-00203-BRW  Whatley et al v. Wyeth LLC et al
4:08-cv-03777-BRW  Goodman et al v. Wyeth, et al
4:08-cv-03923-BRW  Saunders et al v. Wyeth, et al
4:08-cv-04017-BRW  Utt et al v. Wyeth, et al
4:10-cv-00839-BRW  Tallent v. Wyeth LLC et al

4:10-cv-00798-BRW  Cox, Carolyn
4:10-cv-01035-BRW  Stanionis v. Wyeth LLC et al
4:11-cv-00096-BRW  Boles v. Wyeth LLC et al
4:11-cv-00097-BRW  EDen v. Wyeth LLC et al
4:08-cv-01687-BRW  Peterson v. Wyeth et al

4:10-cv-00912-BRW  Jacquemart v. Wyeth LLC et al
4:06-cv-00160-BRW  Giambrone v. Wyeth et al
4:10-cv-00438-BRW  Langren v. Wyeth LLC et al
4:11-cv-00100-BRW  Hruska v. Wyeth LLC et al
4:08-cv-01393-BRW  Fisher v. Wyeth et al

4:08-cv-03167-BRW  Bumpas v. Wyeth et al
4:05-cv-00382-BRW  McMurray v. Wyeth Pharmaceutical, et al
4:06-cv-00443-BRW  Plowman et al v. Wyeth et al
4:08-cv-03631-BRW  Alvarran et al v. Wyeth, et al
4:08-cv-02116-BRW  Blaisdell v. Wyeth et al

4:05-cv-00832-BRW  Mason et al v. Wyeth et al
4:06-cv-01506-BRW  Balis et al v. Wyeth et al
4:05-cv-01433-BRW  Bowling et al v. Wyeth et al
4:05-cv-00380-BRW  Iyk, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00969-BRW  Shea et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02314-BRW  Kropf v. Wyeth et al
4:10-cv-00578-BRW  Hansmann v. Wyeth LLC et al
4:10-cv-00828-BRW  Cassidy v. Pfizer Inc et al
4:06-cv-00916-BRW  Lyons v. Wyeth et al
4:05-cv-00075-BRW  Clouser v. Wyeth, et al

4:05-cv-00396-BRW  Daly v. Wyeth, et al
4:05-cv-00423-BRW  Weissmer, et al v. Wyeth Pharmaceutical, et al
4:06-cv-01488-BRW  Roseman v. Wyeth et al
4:07-cv-00419-BRW  Tangman et al v. Wyeth et al
4:10-cv-00421-BRW  Bledsoe v. Wyeth LLC et al

4:10-cv-00587-BRW  Lopez v. Wyeth LLC et al
4:10-cv-00457-BRW  Knutson v. Wyeth LLC et al
4:10-cv-00683-BRW  Ferguson v. Wyeth LLC et al
4:10-cv-00792-BRW  King v. Pfizer Inc et al
4:10-cv-00818-BRW  Fornberg v. Pfizer Inc et al

4:10-cv-00842-BRW  Beedle v. Wyeth LLC et al
4:10-cv-00989-BRW  Dahlman v. Wyeth LLC et al
4:10-cv-01046-BRW  Meiller v. Wyeth LLC
4:10-cv-01060-BRW  Sain v. Wyeth LLC et al
4:11-cv-00113-BRW  Fields v. Wyeth LLC et al

4:08-cv-03213-BRW   Weinfurtner v. Wyeth et al
4:10-cv-00941-BRW   Mangan v. Wyeth LLC
4:10-cv-00569-BRW   Williams v. Wyeth LLC et al
4:06-cv-00821-BRW   Goldberg v. Wyeth et al
4:05-cv-01404-BRW   Moisi v. Wyeth Pharmaceuticals Inc et al

4:10-cv-01080-BRW   Dasen v. Wyeth LLC et al
4:07-cv-00731-BRW   Irwin et al v. Wyeth et al
4:06-cv-00493-BRW   Bolton et al v. Wyeth et al
4:10-cv-01039-BRW   Gilmore v. Wyeth LLC et al
4:06-cv-00430-BRW   Dudley v. Wyeth et al

4:08-cv-03677-BRW   Burton et al v. Wyeth, et al
4:04-cv-02316-BRW   Meyer, et al v. Wyeth, et al
4:05-cv-00427-BRW   Mullikin v. Wyeth Pharmaceutical, et al
4:08-cv-03985-BRW   Mitchelll v. Wyeth, et al
4:10-cv-00632-BRW   Mehr v. Wyeth LLC et al

4:10-cv-00921-BRW   Bussart v. Wyeth LLC et al
4:10-cv-01236-BRW   Owen v. Pfizer Inc et al
4:05-cv-00406-BRW   Shareff v. Wyeth Pharmaceutical, et al
4:06-cv-01022-BRW   Black v. Wyeth et al
4:06-cv-01443-BRW   Johnson v. Wyeth et al

4:08-cv-01848-BRW   Weaver v. Barr Pharmaceuticals Inc et al
4:08-cv-03905-BRW   Mayo et al v. Wyeth, et al
4:10-cv-00687-BRW   Clausen v. Watson Laboratories Inc et al
4:10-cv-00935-BRW   Wood v. Wyeth LLC et al
4:10-cv-00955-BRW   Provasnik v. Wyeth Inc et al

4:10-cv-01241-BRW   Martin v. Watson Laboratories Inc et al
4:06-cv-01165-BRW   Cavaliere v. Wyeth et al
4:07-cv-00095-BRW   Williams et al v. Wyeth et al
4:10-cv-00461-BRW   Slaton v. Wyeth LLC et al
4:06-cv-01516-BRW   Schultz v. Wyeth et al

4:08-cv-00462-BRW   Okon v. Wyeth et al
4:08-cv-03211-BRW   Haupert v. Wyeth et al
4:08-cv-03913-BRW   Roy et al v. Wyeth, et al
4:08-cv-04087-BRW   Poe et al v. Wyeth, et al
4:10-cv-00542-BRW   Geneve v. Pfizer Inc et al

4:11-cv-00322-BRW   Mari v. Bristol Myers Squibb Company et al
4:06-cv-01224-BRW   Bradley v. Wyeth et al
4:08-cv-00699-BRW   Draper et al v. Wyeth et al
4:06-cv-00784-BRW   Naquin et al v. Wyeth et al
4:08-cv-03932-BRW   Scott et al v. Wyeth, et al

5

4:10-cv-00475-BRW   Hart et al v. Wyeth LLC et al
4:10-cv-01272-BRW   Mosely v. Wyeth LLC et al
4:08-cv-03119-BRW   Estell v. Wyeth et al
4:08-cv-03927-BRW   Scarbro et al v. Wyeth, et al
4:05-cv-01575-BRW   Miller v. Wyeth et al

4:05-cv-01896-BRW   Johnson v. Wyeth et al